STATE v. PHILLIPS

No. 178A02

Case below: 149 N.C. App. 310

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 May 2002.

STATE v. TAYLOR

No. 116P02

Case below: 141 N.C. App. 321

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002.

STATE v. THOMPSON

No. 200P02

Case below: 149 N.C. App. 276

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 9 May 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002.

STATE v. WALL

No. 158P02

Case below: 149 N.C. App. 233

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STATE v. WILSON

No. 172P02

Case below: 149 N.C. App. 233

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.